IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY ARCHULETA, et al.,

Plaintiffs

v.                                              Case No.: 1:07-cv-00612-WDS-KBM

CITY OF ALBUQUERQUE, et al.,

Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO LIMIT POLICE OFFICERS TESTIFYING AS EXPERTS

This matter comes before the Court on Plaintiff's Motion In Limine to Limit the Testimony of Defendant Police Officers to Factual Testimony and Exclude any Expert Testimony by Defendant Police Officers (Doc. No. 65).  No Response was filed in opposition, therefore, the motion is deemed unopposed.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion In Limine to Limit the Testimony of Defendant Police Officers to Factual Testimony and Exclude any Expert Testimony by Defendant Police Officers (Doc. No. 65) is granted.  No Defendant Police Officer will be permitted to give opinion evidence.

_____
W. Daniel Schneider
United States Magistrate Judge