IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY ARCHULETA, et al.,

Plaintiffs

v.     Case No.: 1:07-cv-00612-WDS-KBM

CITY OF ALBUQUERQUE, et al.,

Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO PROHIBIT TESTIMONY REGARDING ALLEGEDLY STOLEN VEHICLE, TRAILER AND LICENSE PLATE

This matter comes before the Court on Plaintiff's Motion In Limine to Preclude Testimony Regarding Allegedly Stolen Vehicle, Trailer and License Plate. (Doc. No. 77) No opposition has been filed, and the time in which to file opposition has expired. Accordingly, the motion is deemed unopposed.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion In Limine to Preclude Testimony Regarding Allegedly Stolen Vehicle, Trailer and License Plate. (Doc. No. 77) is granted.

_____
W. Daniel Schneider
United States Magistrate Judge