**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LARRY ARCHULETA, et al.,**

**Plaintiffs**

**v.**                                     **Case No.: 1:07-cv-00612-WDS-KBM**

**CITY OF ALBUQUERQUE, et al.,**

**Defendants.**

**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW
DIRECT EXAMINATION THROUGH LEADING QUESTIONS**

This matter comes before the Court on Plaintiff's Motion To Allow Direct Examination

Through Leading Questions (Doc. No. 64) No opposition has been filed, and the time in which

to file opposition has expired.  Accordingly, the motion is deemed unopposed.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion To Allow Direct Examination

Through Leading Questions .  (Doc. No. 64) is granted.

_____
W. Daniel Schneider
United States Magistrate Judge