IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY ARCHULETA, et al.,

Plaintiffs

v.                                              Case No.: 1:07-cv-00612-WDS-KBM

CITY OF ALBUQUERQUE, et al.,

Defendants.

### ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO PROHIBIT POLICE OFFICERS TESTIFYING IN UNIFORM

This matter comes before the Court on Plaintiff's Motion In Limine to Preclude Testimony by Police Officers While in Uniform (Doc. No. 67).  The Court finds no basis to preclude police officers from testifying while in uniform.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion In Limine to Preclude Testimony by Police Officers While in Uniform (Doc. No. 67) is denied.

_____
W. Daniel Schneider
United States Magistrate Judge