IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY ARCHULETA, et al.,

Plaintiffs

v().    Case No.: 1:07-cv-00612-WDS-KBM

CITY OF ALBUQUERQUE, et al.,

Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DRUG SCREEN

This matter comes before the Court on Plaintiff's Motion in Limine To Exclude Evidence of Drug Screen (Doc. No. 71)  No opposition has been filed, and the time in which to file opposition has expired.  Accordingly, the motion is deemed unopposed.  It appears to the Court that the February 8, 2007 toxicology report does contain a positive finding of some sort in the category of "amphetamines," but the finding results from an "unconfirmed screen"

IT IS THEREFORE ORDERED THAT Plaintiff's Motion in Limine To Exclude Evidence  (Doc. No. 71) is granted.

_____
W. Daniel Schneider
United States Magistrate Judge