IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY ARCHULETA, et al.,

Plaintiffs

v.                                            Case No.: 1:07-cv-00612-WDS-KBM

CITY OF ALBUQUERQUE, et al.,

Defendants.

**ORDER GRANTING IN PART AND RESERVING DECISION IN PART ON PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE TESTIMONY THAT POLICE OFFICERS PLACE THEIR LIVES ON THE LINE**

This matter comes before the Court on Plaintiff's Motion in Limine To Preclude Testimony That Police Officers Place Their Lives On The Line. (Doc. No. 68)  No opposition has been filed, and the time in which to file opposition has expired.  Accordingly, the motion is deemed unopposed.  The Court finds the motion well taken as to *testimony* to be offered at trial.  The Court reserves a ruling on that part of the motion seeking to preclude *argument* on the same topic until it has heard the testimony at trial.  Plaintiff is free to renew this motion before closing arguments are presented to the jury.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion in Limine To Preclude Testimony That Police Officers Place Their Lives On The Line (Doc. No. 68) is granted in part.

_____
W. Daniel Schneider
United States Magistrate Judge